**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

WASEEM KHAN,

Petitioner,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY; Jason BENZEL, Warden, Elizabeth Detention Center; Todd LYONS, acting director of ICE; Ruben PEREZ, Director of Newark, New Jersey Field Office, U.S. Immigration and Customs Enforcement; Markwayne MULLIN, Secretary, U.S. Department of Homeland Security; and Todd BLANCHE, U.S. Attorney General, in their official capacities,

Respondents.

Docket No. 26-11055

**MOTION TO WITHDRAW PETITION FOR HAEAS CORPUS WITHOUT PREJUDICE**

In light of the Respondents' certification and assurance that Mr. Khan will be removed to Pakistan and not a third-country, Petitioner requests to withdraw this petition without prejudice. This motion to withdraw does not concede or waive any legal or factual issues and is made in reliance on Respondents' certification only. Should Petitioner remain detained in excess of the 90 day removal period (with the concession that the time in which the Respondents' were restrained from transfer shall not count towards the removal period) or should Respondents' attempt to, or actually, remove Petitioner to a country other than Pakistan, Petitioner reserves the right to return to this Court for relief.

Respectfully submitted,

/s/ *Eric M. Mark*
Eric M. Mark, Esq.
96 Summer Ave.
Newark, NJ 07104
973-306-4246
EricM@EricMarkLaw.com

*Counsel for Petitioner*

Dated: Sept. 17, 2026

Case shall be closed.

SO ORDERED

*s/Madeline Cox Arleo*
MADELINE COX ARLEO, U.S.D.J.

Date: 9/18/26